# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Janeane Cato,

    Debtor.

_____/

Case No. 18-55546-tjt
Chapter 13
Hon. Thomas J. Tucker

## NOTICE OF FEES, EXPENSES AND CHARGES

Village Green of Farmington Hills Condo, the Debtor's Homeowner's Association for property located at 28422 W. Eight Mile Rd., Unit A7, Farmington Hills, MI 48336, by its undersigned counsel, Taft Stettinius & Hollister, LLP hereby submits its Notice of Fees, Expenses and Charges attached hereto as Exhibit A.

Dated: February 28, 2024

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

*/s/Kimberly Ross Clayson*
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
Email: kclayson@taftlaw.com

*Counsel for Creditor, Village Green of Farmington Hills Condo*

# EXHIBIT A

# NOTICE OF FEES, EXPENSES AND CHARGES

**Fill in this information to identify the case:**

Debtor 1: Janeane Cato

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__ District of __Michigan__
(State)

Case number: __18-55546-tjt__

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Village Green of Farmington Hills Condo

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ 898.75 |
| 4. Filing fees and court costs | see summary attached | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify: Pet Violation Fees | See attached summary | (14) | $ 825.00 |
| Windows/Doors/Screens Homeowner | See attached summary | | 150.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2      **Notice of Postpetition Mortgage Fees, Expenses, and Charges**      page **1**

| Debtor 1 | Janeane | | Cato | Case number (*if known*) 18-55546-tjt |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| /s/ Noreene Harkins | Date | 2 / 13 / 2024 |
|---|---|---|
| Signature | | |

| Print: | Noreene | | Harkins | Title | Treasurer |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Village Green of Farmington Hills Condo |
|---|---|
| Address | c/o Taft Law, 27777 Franklin Rd. Suite 2500 |
| | Number  Street |
| | Southfield        MI      48034 |
| | City              State   Zip Code |

Contact phone (248) 351–3000    Email _____

Official Form 410S2     **Notice of Postpetition Mortgage Fees, Expenses, and Charges**     page **2**

| Charge Date | Charge/Fine Description | Amount |
| --- | --- | --- |
| 4/3/2019 | Jan. 2019 Legal Fees | $168.75 |
| 4/22/2019 | March 2019 Legal Fees | $200.00 |
| 1/17/2020 | Dec. 2019 Legal Fees | $20.00 |
| 8/18/2020 | Jul. 2020 Legal Fees | $30.00 |
| 1/27/2021 | Dec. 2020 Legal Fees | $300.00 |
| 2/19/2021 | Jan. 2021 Legal Fees | $75.00 |
| 7/28/2021 | May 2021 Legal Fees | $30.00 |
| 10/20/2021 | Sept. 2021 Legal Fees | $75.00 |
| 12/8/2021 | Pet Violation | $25.00 |
| 1/6/2022 | Pet Violation | $50.00 |
| 2/9/2022 | Pet Violation | $100.00 |
| 3/10/2022 | Pet Violation | $100.00 |
| 11/17/2022 | Pet Violation | $200.00 |
| 8/9/2023 | Pet Violation | $100.00 |
| 9/14/2023 | Pet Violation | $50.00 |
| 8/9/2023 | Windows/Doors/Screens Violation | $50.00 |
| 9/14/2023 | Windows/Doors/Screens Violation | $100.00 |
| 11/16/2023 | Pet Violation | $200.00 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Janeane Cato,

  Debtor.

Case No. 18-55546-tjt
Chapter 13
Hon. Thomas J. Tucker

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, my office electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all those listed by the Court as receiving electronic notices in this case from the Court's CM/ECF system.

Dated: February 28, 2024

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

*/s/Kimberly Ross Clayson*
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
Email: kclayson@taftlaw.com

*Counsel for Creditor, Village Green of Farmington Hills Condo*