UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Janeane Cato,

    Debtor.

_____/

Case No. 18-55546-tjt
Chapter 13
Hon. Thomas J. Tucker

## RESPONSE DISAGREEING WITH NOTICE OF FINAL CURE PAYMENT

Now comes Village Green of Farmington Hills Condo, the Debtor's Homeowner's Association for property located at 28422 W. Eight Mile Rd., Unit A7, Farmington Hills, MI 48336 ("Village Green"), through its authorized Attorney Taft Stettinius & Hollister, LLP, and hereby responds to the Trustee's Notice of Final Cure pursuant to F.R. Bankr. P 3002(g):

1. Village Green disagrees with the Trustee's notice of final cure payment that Debtor has paid in full the amount required to cure under 11 USC Section 1322(b)(5).

2. The Debtor is not current on all payments consistent with 11 USC Section 1322(b)(5).

3. Below are itemized items that remain unpaid as of the date of this statement:

| | |
|---|---|
| Filing Fees and Court Costs: | $898.75 |
| Pet Violations: | $825.00 |
| Other Homeowner Violations: | $150.00 |
| Outstanding Monthly Association Fee: | $877.90 |
| **TOTAL DUE:** | **$2,750.75** |

The monthly association fees comprise a partial outstanding amount of $265.90 accrued over the term of the Debtor's chapter 13 plan and unpaid association fees for February 2024 of $306.00 and March 2024 of $306.00.

Dated: March 4, 2024  Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

*/s/Kimberly Ross Clayson*
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
Email: kclayson@taftlaw.com

*Counsel for Creditor, Village Green of Farmington Hills Condo*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Janeane Cato,

    Debtor.

Case No. 18-55546-tjt
Chapter 13
Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, my office electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all those listed by the Court as receiving electronic notices in this case from the Court's CM/ECF system.

Dated: March 4, 2024

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

*/s/Kimberly Ross Clayson*
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
Email: kclayson@taftlaw.com

*Counsel for Creditor, Village Green of Farmington Hills Condo*